# Jon A. Gegenheimer
# JEFFERSON PARISH CLERK OF COURT

UNITED STATES OF AMERICA
STATE OF LOUISIANA
PARISH OF JEFFERSON                                    SEPTEMBER 26, 20 25

I, _____ MICHELLE PERE _____, Deputy Clerk for the 24th Judicial District Court, State of Louisiana, do hereby certify that the attached is a true and correct certified copy of the entire proceeding entitled

### STATE OF LOUISIANA
### 24th Judicial District Court for the Parish of Jefferson

No.: _____ 863-845 _____          Division: " L "

KENYETTA A BARRAS

vs.

OAKWOOD SHOPPING CENTER, LLC ET AL

of the Civil Docket of the 24th Judicial District Court, State of Louisiana.

[SEAL]

_____
JON A. GEGENHEIMER
Jefferson Parish Clerk of Court

_____
Deputy Clerk of Court

Date: _____ SEPTEMBER 16, 20 25

EXHIBIT A PG 1

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: **863845**

DIVISION: "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED: _____        _____
                                              **DEPUTY CLERK**

<div style="text-align:right">24th E-Filed: 04/11/2025 15:14 Case: 863845 Div:L Atty:023032 JEANNE K DEMAREST</div>

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **KENYETTA
BARRAS.**, a person of the age of majority who is domiciled in the Parish of Orleans, State of
Louisiana, who respectfully presents claims for personal injuries as follows:

1.

Made defendants herein are the following:

**OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER**, a limited
liability corporation authorized to do and doing business in the State of Louisiana; and,

**OAKWOOD CORPORATE CENTER MANAGEMENT, LLC.,** a limited liability
corporation authorized to do and doing business in the State of Louisiana;

**BROOKFIELD PROPERTIES (R), LLC.,** a limited liability corporation authorized to do
and doing business in the State of Louisiana; and,

**UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED
UNIVERSAL JANITORIAL SERVICES**, a limited liability corporation authorized to do and
doing business in the State of Louisiana.

2.

Defendants are liable jointly, severally, and *in solido*, unto Petitioner for such damages as are
reasonable in the premises, including past, present, and future physical pain and suffering, past,
present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of



earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about **November 16, 2024**, an incident occurred involving Petitioner at **Oakwood Shopping Center, LLC. d/b/a Oakwood Center** located at 197 Westbank Expressway, Gretna, Louisiana 70053-2459. **KENYETTA BARRAS.** was a patron of **OAKWOOD CENTER** when she suddenly and without warning slipped and fell in a clear substance that was on the floor outside of Kay's Jewelers. Upon information and belief, no caution signs were present at the time of Petitioner's fall. Said accident caused severe and disabling injuries to plaintiff **KENYETTA BARRAS.**

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants **OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R), LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES** through its agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

   a) Failure to maintain the premises in a safe condition;

   b) Failure to remedy an unsafe condition;

   c) Failure to instruct their employees as to the proper maintenance of the facility;

   d) Failure to warn patrons of an unsafe condition;

   e) Defendant knew or should have known of said hazardous condition; and

   f) Any and all other acts of negligence, which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendants, plaintiff **KENYETTA BARRAS.** suffered severe and disabling injuries, the damages for which need to be determined by this Court at the trial in the following particulars:

   a) Past, present, and future mental and physical pain and suffering;

   b) Past, present, and future medical expenses;

   c) Past, present and future pain, suffering, and mental anguish and emotional distress;

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div:L Atty:023032 JEANNE K DEMAREST



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 3

d)  Permanent damage and disability;

e)  Loss of enjoyment of life;

f)  Past and future disfigurement; and,

g)  Such other elements of damages which will be more fully shown at a trial on the merits.

WHEREFORE, Petitioner prays that Defendants, **OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R), LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES** be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, permanent disability of the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**KURT A. OFFNER, 28176**
**ISABEL C. GIBSON, 40607**
**BARRETT STEPHENS, 31331**
**P. HOGAN CROSBY, 40324**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
Email: jeanne@akdlalaw.com
rico@akdlalaw.com
bart@akdlalaw.com
kurt@akdlalaw.com
isabel@akdlalaw.com
barrett@akdlalaw.com
hogan@akdlalaw.com

*ATTORNEYS FOR PLAINTIFF*

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div-L Atty:023032 JEANNE K DEMAREST



EXHIBIT A PG 4

PLEASE SERVE:

**OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

**OAKWOOD CORPORATE CENTER MANAGEMENT, LL.C**
Through its Registered Agent for Service of process
William J. More
222 N. Rampart St.
New Orleans, LA 70112

**BROOKFIELD PROPERTIES (R), LLC.**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

**UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div:L Atty:023032 JEANNE K DEMAREST



EXHIBIT A PG 5

**Angela P. Ingraffia**

| | |
|---|---|
| **From:** | Angela P. Ingraffia |
| **Sent:** | Friday, April 11, 2025 3:54 PM |
| **To:** | Jeanne@akdlalaw.com; michelle@akdlalaw.com; misty@akdlalaw.com; stacy@akdlalaw.com; brittany@akdlalaw.com; danielle@akdlalaw.com; madison@akdlalaw.com |
| **Subject:** | EFile Case: 863845 L |

In regards to the petition filed for Kenyetta Barras we will need 124.56 for the East Baton Rouge Sheriff and 30.00 for the New Orleans Parish Sheriff.

Thank you,

Angela P. Ingraffia
*Deputy Clerk of Court*
*24th JDC Civil New Suits*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2967
Fax: (504) 364-3780



RECEIVED VIA MAIL     4/17/25 AL

CK# 038152
124.56 EBR

CK# 038153
30 N.O.

Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:5 of 5 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 6



[ SERVICE COPY ]  /  [RETURN COPY]

(101)  CITATION: PETITION FOR DAMAGES;                    250423-7029-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENYETTA BARRAS
versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD  CORPORATE CENTER             Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R       P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To:  OAKWOOD SHOPPING CENTER LLC
D/B/A
OAKWOOD CENTER
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS                                     EBR CK# 038152  $124.56
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES;                    250423-7029-3

Received:_____    Served:_____    Returned:_____

Service was made:
        ___ Personal           ___ Domiciliary _____

Unable to serve:
        ___ Not at this address    ___ Numerous attempts _____ times
        ___ Vacant                 ___ Received too late to serve
        ___ Moved                  ___ No longer works at this address
        ___ No such address        ___ Need apartment / building number
        ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____



Thomas F. Donelon Courthouse ; 200 Derbigny St. ; Gretna LA 70053
09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 4 - Jefferson Parish Clerk of Court - ID:25262824

Imaged 04/23/2025 02:06 - Signed: Deputy Clerk of Court /s/ Lisa M. Cheramie

EXHIBIT A PG 7

[ SERVICE COPY ] / [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;                                  250423-7030-1

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KENYETTA BARRAS
　　　versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD CORPORATE CENTER                Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R          P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To: OAKWOOD CORPORATE CENTER
MANAGEMENT LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS                                       NO CK# 038153  $30.00
WILLIAM J. MORE
222 N RAMPART ST
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

                          /s/ Lisa M. Cheramie
                          Lisa M. Cheramie, Deputy Clerk of Court for
                          Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES;                                  250423-7030-1

Received:_____  Served:_____  Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
____ Not at this address     ____ Numerous attempts _____ times
____ Vacant                  ____ Received too late to serve
____ Moved                   ____ No longer works at this address
____ No such address         ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

<div style="writing-mode: vertical-rl">Imaged 04/23/2025 02:06 - Signed: Deputy Clerk of Court /s/ Lisa M. Cheramie</div>



EXHIBIT A PG 8

[ SERVICE COPY ]  /  [RETURN COPY]

(101) CITATION: PETITION FOR DAMAGES;                    250423-7031-9

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KENYETTA BARRAS
   versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD  CORPORATE CENTER                Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R          P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To:  BROOKFIELD PROPERTIES R LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CORPORATION SERVICE COMPANY                      EBR CK# 038152  $124.56
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

—————————————SERVICE INFORMATION—————————————

(101) CITATION: PETITION FOR DAMAGES;                    250423-7031-9

Received:_____    Served:_____    Returned:_____

Service was made:
   ___ Personal          ___ Domiciliary _____

Unable to serve:
   ___ Not at this address      ___ Numerous attempts _____ times
   ___ Vacant                  ___ Received too late to serve
   ___ Moved                   ___ No longer works at this address
   ___ No such address         ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

*Imaged 04/23/2025 02:06 - Signed: Deputy Clerk of Court /s/ Lisa M. Cheramie*



EXHIBIT A PG 9

 

[ SERVICE COPY ]  /  [RETURN COPY]

(101)  CITATION: PETITION FOR DAMAGES;                           250423-7032-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KENYETTA BARRAS
   versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD  CORPORATE CENTER                   Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R             P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To:  UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA
D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS                                          EBR CK# 038152  $124.56
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

                             /s/ Lisa M. Cheramie
                             Lisa M. Cheramie, Deputy Clerk of Court for
                             Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES;                           250423-7032-7

Received:_____    Served:_____    Returned:_____

Service was made:
       ___ Personal        ___ Domiciliary _____

Unable to serve:
       ___ Not at this address    ___ Numerous attempts _____ times
       ___ Vacant                ___ Received too late to serve
       ___ Moved                 ___ No longer works at this address
       ___ No such address       ___ Need apartment / building number
       ___ Other

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

Imaged 04/23/2025 02:06 - Signed: Deputy Clerk of Court /s/ Lisa M. Cheramie



EXHIBIT A PG 10

 [ SERVICE COPY ] ( RETURN COPY ) 

(101)  CITATION: PETITION FOR DAMAGES;                                    250423-7029-3

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

FILED FOR RECORD 05/07/2025 09:17:36
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

KENYETTA BARRAS
versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD  CORPORATE CENTER
MANAGEMENT LLC, BROOKFIELD PROPERTIES R
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

Case: 863-845     Div: "L"
P 1 KENYETTA BARRAS

To:  OAKWOOD SHOPPING CENTER LLC
D/B/A
OAKWOOD CENTER
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801

EBR CK# 038152  $124.56

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101)  CITATION: PETITION FOR DAMAGES;                                    250423-7029-3

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal          ____ Domiciliary _____

Unable to serve:
____ Not at this address     ____ Numerous attempts _____ times
____ Vacant                  ____ Received too late to serve
____ Moved                   ____ No longer works at this address
____ No such address         ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____  # _____
                        Deputy Sheriff
Parish of: _____

I made service on the named party through the

CORPORATION SERVICE COMPANY

APR 3 0 2025

by tendering a copy of this document to

Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RECEIVED
DATE
APR 2 9 2025

E.B.R. Sheriff's Office

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

EXHIBIT A PG 11

 [ SERVICE COPY ] (RETURN COPY) 

FILED FOR RECORD 05/07/2025 09:17:54
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;                          250423-7031-9

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENYETTA BARRAS
    versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD CORPORATE CENTER            Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R      P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To: BROOKFIELD PROPERTIES R LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS
CORPORATION SERVICE COMPANY                  EBR CK# 038152  $124.56
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

                            /s/ Lisa M. Cheramie
                            Lisa M. Cheramie, Deputy Clerk of Court for
                            Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                          250423-7031-9
                                                    I made service on the named party through the
Received:_____  Served:_____  Returned:_____       CORPORATION SERVICE COMPANY

Service was made:                                         APR 3 0 2025
    ___ Personal          ___ Domiciliary _____   by tendering a copy of this document to
                                                              Trula Brousseau
Unable to serve:
    ___ Not at this address   ___ Numerous attempts _____ times
    ___ Vacant              ___ Received too late to serve        DY. B. GARAFOLA #0577
    ___ Moved               ___ No longer works at this address  Deputy Sheriff, Parish of East Baton Rouge, Louisiana
    ___ No such address      ___ Need apartment / building number
    ___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ #_____
                    Deputy Sheriff
Parish of: _____

EXHIBIT A PG 12

 [ SERVICE COPY ] / [RETURN COPY] 

FILED FOR RECORD 05/07/2025 09:19:14
Courtney T. Boudreaux DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;                    250423-7032-7

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENYETTA BARRAS
  versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD  CORPORATE CENTER            Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R      P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

  To:  UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA
D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES
THROUGH ITS REGISTERED AGENT FOR SERVICE     EBR CK# 038152  $124.56
OF PROCESS
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE LA 70801


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.


This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.


                    /s/ Lisa M. Cheramie
                    Lisa M. Cheramie, Deputy Clerk of Court for
                    Jon A. Gegenheimer, Clerk of Court



_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;        I made service on the named party through the 250423-7032-7

Received:_____  Served:_____  Returned:_____   CORPORATION SERVICE COMPANY

Service was made:                                            APR 3 0 2025
       ___ Personal          ___ Domiciliary _____     by tendering a copy of this document to
                                                            Trula Brousseau
Unable to serve:
       ___ Not at this address    ___ Numerous attempts _____ times    DY. B. GARAFOLA #0577
       ___ Vacant                 ___ Received too late to serve    Deputy Sheriff, Parish of East Baton Rouge, Louisiana
       ___ Moved                  ___ No longer works at this address
       ___ No such address        ___ Need apartment / building number
       ___ Other

Service: $_____  Mileage: $_____  Total: $_____

Completed by:_____ #_____    RECEIVED
                    Deputy Sheriff                             DATE
Parish of: _____
                                                              APR 2 9 20__

                                                              E.B.R. Sheriff's Office

SEAL OF THE
CLERK OF COURT

Page 1 of 1

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

JON A. GEGENHEIMER    09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

**EXHIBIT A PG 13**

 [ SERVICE COPY ]  [RETURN COPY] 

4/28

FILED FOR RECORD 05/20/2025 15:47:22
Deborah A. Bolotte DY CLERK
JEFFERSON PARISH LA

(101) CITATION: PETITION FOR DAMAGES;                    250423-7030-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

KENYETTA BARRAS
   versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD CORPORATE CENTER              Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R       P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To: OAKWOOD CORPORATE CENTER
MANAGEMENT LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS                                    NO CK# 038153  $30.00
WILLIAM J. MORE
222 N RAMPART ST
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101)    (26) 863-845 - Service Date 05/15/2025 Time 11:14 AM              250423-7030-1
Received:    OAKWOOD CORPORATE CENTER MANAGEMENT LLC

Service wi    Not Served at 222 N RAMPART ST
              Mark Perry # 486, Orleans
              Citation; Serial# 1;
Unable to    3rd attempt. Not in. Also spoke with Ms. Stacy from Ms.
             Jeanne Demarest office about service at about 10:53 a.m.

                          Signature

Service: $_

Completed by: _____ # _____
                     Deputy Sheriff
Parish of: _____

26 863-845 / 1 / 9801
26 / AN

Badge # 486



Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 7 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 14

9:56am
04-29-25
Not in

6:29pm
05-13-25
Not in

10:53am    Stacy
05-15-25
Spoke with Stacy about service

— 11:14am
05-15-25

Not in



SEAL OF THE CLERK OF COURT PARISH OF JEFFERSON
JON A. GEGENHEIMER

EXHIBIT A PG 15

  

**(SERVICE COPY) [RETURN COPY]**

(101) CITATION: PETITION FOR DAMAGES;                    250423-7030-1

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

KENYETTA BARRAS
versus
OAKWOOD SHOPPING CENTER LLC, OAKWOOD
CENTER, OAKWOOD CORPORATE CENTER          Case: 863-845    Div: "L"
MANAGEMENT LLC, BROOKFIELD PROPERTIES R    P 1 KENYETTA BARRAS
LLC, UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES

To: OAKWOOD CORPORATE CENTER
MANAGEMENT LLC
THROUGH ITS REGISTERED AGENT FOR SERVICE
OF PROCESS                                NO CK# 038153 $30.00
WILLIAM J. MORE
222 N RAMPART ST
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR
DAMAGES of which a true and correct copy accompanies this citation, or make an appearance
either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of
Jefferson, State of Louisiana, within TWENTY ONE (21) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney JEANNE K. DEMAREST and was issued by the Clerk of
Court on the 23rd day of April, 2025.

/s/ Lisa M. Cheramie
Lisa M. Cheramie, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES;                    250423-7030-1

Received:_____  Served:_____  Returned:_____

Service was made:
____ Personal          ____ Domicilary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                    Deputy Sheriff
Parish of: _____

**EXHIBIT A PG 16**

24ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.: **863845**

DIVISION: ""
**L**

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED: _____        _____
                                                      **DEPUTY CLERK**

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div1. Atty:023032 JEANNE K DEMAREST

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, **KENYETTA
BARRAS.**, a person of the age of majority who is domiciled in the Parish of Orleans, State of
Louisiana, who respectfully presents claims for personal injuries as follows:

1.

Made defendants herein are the following:

**OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER,** a limited
liability corporation authorized to do and doing business in the State of Louisiana; and,

**OAKWOOD CORPORATE CENTER MANAGEMENT, LLC.,** a limited liability
corporation authorized to do and doing business in the State of Louisiana;

**BROOKFIELD PROPERTIES (R), LLC.,** a limited liability corporation authorized to do
and doing business in the State of Louisiana; and,

**UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED
UNIVERSAL JANITORIAL SERVICES,** a limited liability corporation authorized to do and
doing business in the State of Louisiana.

2.

Defendants are liable jointly, severally, and *in solido*, unto Petitioner for such damages as are
reasonable in the premises, including past, present, and future physical pain and suffering, past,
present, and future mental pain and suffering, medical expenses, loss of earnings, future loss of

EXHIBIT A PG 17

earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about **November 16, 2024**, an incident occurred involving Petitioner at **Oakwood Shopping Center, LLC. d/b/a Oakwood Center** located at 197 Westbank Expressway, Gretna, Louisiana 70053-2459. **KENYETTA BARRAS**, was a patron of **OAKWOOD CENTER** when she suddenly and without warning slipped and fell in a clear substance that was on the floor outside of Kay's Jewelers. Upon information and belief, no caution signs were present at the time of Petitioner's fall. Said accident caused severe and disabling injuries to plaintiff **KENYETTA BARRAS**.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants **OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R), LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES** through its agents and employees, which is attributed to but not limited to the following non-exclusive particulars:

    a)  Failure to maintain the premises in a safe condition;

    b)  Failure to remedy an unsafe condition;

    c)  Failure to instruct their employees as to the proper maintenance of the facility;

    d)  Failure to warn patrons of an unsafe condition;

    e)  Defendant knew or should have known of said hazardous condition; and

    f) Any and all other acts of negligence, which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendants, plaintiff **KENYETTA BARRAS**. suffered severe and disabling injuries, the damages for which need to be determined by this Court at the trial in the following particulars:

    a)  Past, present, and future mental and physical pain and suffering;

    b)  Past, present, and future medical expenses;

    c)  Past, present and future pain, suffering, and mental anguish and emotional distress;

04/23/2025 13:57:51 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:25103677
09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:5 of 7 - Jefferson Parish Clerk of Court - ID:25262824
EXHIBIT A PG 18

d) Permanent damage and disability;

e) Loss of enjoyment of life;

f) Past and future disfigurement; and,

g) Such other elements of damages which will be more fully shown at a trial on the merits.

WHEREFORE, Petitioner prays that Defendants, **OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER, OAKWOOD CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R), LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES** be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against Defendants, jointly and in solido in amounts as are reasonable in the premises, including past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, medical expenses, permanent disability of the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully Submitted:

*Alvendia, Kelly & Demarest, LLC*

**RODERICK "RICO" ALVENDIA, 25554**
**J. BART KELLY III, 24488**
**JEANNE K. DEMAREST, 23032**
**KURT A. OFFNER, 28176**
**ISABEL C. GIBSON, 40607**
**BARRETT STEPHENS, 31331**
**P. HOGAN CROSBY, 40324**
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile: (504) 200-0001
Email: jeanne@akdlalaw.com
rico@akdlalaw.com
bart@akdlalaw.com
kurt@akdlalaw.com
isabel@akdlalaw.com
barrett@akdlalaw.com
hogan@akdlalaw.com

*ATTORNEYS FOR PLAINTIFF*

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div1. Atty:023032 JEANNE K DEMAREST

04/23/2025 13:57:51 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:25103677
09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:6 of 7 - Jefferson Parish Clerk of Court - ID:25262824

**EXHIBIT A PG 19**

**PLEASE SERVE:**

**OAKWOOD SHOPPING CENTER, LLC. D/B/A OAKWOOD CENTER**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

**OAKWOOD CORPORATE CENTER MANAGEMENT, LL.C**
Through its Registered Agent for Service of process
William J. More
222 N. Rampart St.
New Orleans, LA 70112

**BROOKFIELD PROPERTIES (R), LLC.**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

**UNIVERSAL BUILDING MAINTENANCE, LLC. OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES**
Through its Registered Agent for Service of process
Corporation Service Company
450 Laurel St., 8th Floor
Baton Rouge, LA 70801

24th E-Filed: 04/11/2025 15:14 Case: 863845 Div1. Atty:023032 JEANNE K DEMAREST

04/23/2025 13:57:51 CERTIFIED TRUE COPY - Pg:4 of 5 - Jefferson Parish Clerk of Court - ID:25103677
09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:7 of 7 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 20

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                    DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED:_____        _____
                                        DEPUTY CLERK

**REQUEST FOR NOTICE**

        Pursuant to Louisiana Code of Civil Procedure Article 1572, Defendants, Oakwood Center,

Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield

Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC d/b/a Allied

Universal Janitorial Services, hereby requests that written notice be provided at least ten days prior

to the date this matter is set for trial as well as the date any pleadings or motions are set for hearing.

In addition, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, Defendants

request that they be provided with written notice of the signing of any final judgment or rendition

of any interlocutory order of judgment in the above numbered and entitled cause.

                                Respectfully submitted,

                                _____
                                H. Jake Rodriguez (La. Bar No. 27867)
                                Holly Y. Pailet (La. Bar No. 35240)
                                Sara A. LaRosa (La. Bar No. 37765)
                                WILSON ELSER MOSKOWITZ EDELMAN
                                & DICKER LLP
                                400 Poydras Street, Suite 2250
                                New Orleans, LA 70130

24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA



**EXHIBIT A PG 21**

Telephone: 504.702.1710
Facsimile:  504.702.1715
Jake.Rodriguez@wilsonelser.com
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of June 2025, a copy of the above and foregoing has been served upon all counsel of record by e-mail.

Sara A. LaRosa

24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 22

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                           DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSIAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSIAL JANITORIAL SERVICES

FILED:_____        _____
                                              DEPUTY CLERK

### AFFIRMATIVE DEFENSES AND ANSWER TO PLAINTIFF'S PETITION FOR DAMAGES

NOW INTO COURT, comes Oakwood Center, Oakwood Shopping Center, LLC,
Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc.,
and Universal Building Maintenance, LLC of California d/b/a Allied Universal Janitorial Services
("Defendants"), who respectfully respond to Plaintiff, Kenyetta Barras' ("Plaintiff"), Petition for
Damages ("Petition") as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations contained in Plaintiff's Petition fail to state a cause or right of action upon
which relief can be granted.

### SECOND DEFENSE

Defendants specifically deny any damages were suffered by the Plaintiff in the incident in
question and dispute the nature and extent of the incident as alleged by Plaintiff.

### THIRD DEFENSE

Defendants owed no contractual or legal duty to Plaintiff under the facts and circumstances
alleged in the Petition and/or any subsequent supplements and/or amendments thereto.

### FOURTH DEFENSE

If a duty was owed to Plaintiff, which is denied, Defendants breached no duty owed to
Plaintiff, but instead, acted reasonably at all times.

### FIFTH DEFENSE

Plaintiff's claims against Defendants are barred by the applicable statutes of prescription,
peremption, limitations, and/or laches.

24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

1



**EXHIBIT A PG 23**

### SIXTH DEFENSE

Defendants further adopt the terms, conditions, exclusions, and limitations of any applicable policies of insurance as if copied herein.

### SEVENTH DEFENSE

No damages alleged by Plaintiff were caused or contributed to by any act and/or omission of Defendants.

### EIGHTH DEFENSE

Plaintiff is barred from recovery by the doctrine of comparative fault. La. C.C. art. 2323. The claims made and damages sought by Plaintiff were caused in whole or in part by the negligence, carelessness, acts, and/or omissions of Plaintiff and/or persons for whom she is answerable. More specifically, Plaintiff and/or persons for whom she is answerable failed to keep a proper lookout, failed to take necessary precautions, and failed to act as prudent persons under the circumstances. Thus, Plaintiff's recovery of damages is barred or should be reduced according to the percentage of fault assigned to Plaintiff or persons for whom they are answerable by the court or jury.

### NINTH DEFENSE

The damages allegedly suffered by Plaintiff were solely caused by the acts and/or omissions and/or negligence of others over whom Defendants had no supervision, care, custody or control; and Plaintiff did not sustain damages as a result of the acts and/or omissions of Defendants.

### TENTH DEFENSE

Plaintiff had a duty to mitigate her alleged damages, if any, and her failure to do so reduces any recovery otherwise available.

### ELEVENTH DEFENSE

Defendants assert and reserve any right that may be available to them through subrogation, indemnity, contribution, or insurance proceeds from any other party in this matter.

### TWELFTH DEFENSE

Defendants deny all allegations of Plaintiff's Petition unless specifically admitted herein, including any unnumbered or incorrectly numbered paragraphs.

24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:0377765 SARA A LAROSA

2



EXHIBIT A PG 24

24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

### THIRTEENTH DEFENSE

Defendants reserves the right to amend and/or supplement its answers and add additional defenses to the extent they are, or become, applicable or available as the case proceeds.

### FOURTEENTH DEFENSE

Defendants further adopt any and all defenses asserted by any parties hereto, to the extent such defenses are not inconsistent with the defenses asserted herein by Defendants.

### ANSWER TO PETITION

And now responding to Plaintiff's Petition, Defendants respond as follows:

The introductory paragraph of Plaintiff's Petition does not call for a response from Defendants, but out of an abundance of caution any factual allegations are denied.

I.

It is admitted Defendants are limited liability companies and a corporation authorized to do and doing business in the State of Louisiana. Unless otherwise admitted, all remaining allegations are denied.

II.

The allegations contained in Paragraph II of the Petition are denied.

III.

The allegations contained in Paragraph III of the Petition are denied.

IV.

The allegations contained in Paragraph IV of the Petition are denied.

V.

The allegations contained in Paragraph V of the Petition are denied.

Defendants deny any and all allegations in the "WHEREFORE" paragraph in Plaintiff's Petition; Plaintiff is not entitled to the relief sought.

### JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

**WHEREFORE,** Defendants, Oakwood Center, Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc., Universal Building Maintenance, LLC of California d/b/a Allied Universal Janitorial Services, pray that its Answer and Defenses be deemed good and sufficient, and that after due proceedings

3



EXHIBIT A PG 25

be had, this Court render judgment in its favor, dismissing Plaintiff's Petition with prejudice and with all fees assessed against Plaintiff.

Respectfully submitted,

H. Jake Rodriguez (La. Bar No. 27867)
Holly Y. Pailet (La. Bar No. 35240)
Sara A. LaRosa (La. Bar No. 37765)
**WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP**
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone: 504.702.1710
Facsimile: 504.702.1715
Jake.Rodriguez@wilsonelser.com
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of June 2025, a copy of the above and foregoing has been served upon all counsel of record by email.

**Sara A. LaRosa**

*24th E-Filed: 06/20/2025 14:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA*



4

**EXHIBIT A PG 26**

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                                DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED:_____

                                            _____
                                            DEPUTY CLERK

<u>MOTION TO COMPEL</u>

NOW INTO COURT, through undersigned counsel, come Defendants, Oakwood Center,

Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield

Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC d/b/a Allied

Universal Janitorial Services ("Defendants"), who move this Court for an Order compelling

Plaintiff to respond to Defendant's discovery requests propounded on June 20, 2025, for the

reasons detailed in the accompanying memorandum in support.

WHEREFORE, Defendants, Oakwood Center, Oakwood Shopping Center, LLC,

Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc.,

and Universal Building Maintenance, LLC d/b/a Allied Universal Janitorial Services, respectfully

requests that this Court order Plaintiff to provide her discovery responses within 10 days of the

hearing on this motion and that the Court order Plaintiff to pay the costs and reasonable attorney's

fees incurred by Defendants in preparation, filing, and litigation of this motion to compel.

Respectfully submitted,

_____
H. Jake Rodriguez (La. Bar No. 27867)
Holly Y. Pailet (La. Bar No. 35240)
Sara A. LaRosa (La. Bar No. 37765)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone: 504.702.1710 / Facsimile: 504.702.1715
Jake.Rodriguez@wilsonelser.com
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorneys for Defendants*

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA


09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 27

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of August 2025, a copy of the above and foregoing

has been served upon all counsel of record by e-mail.

                                                    Sara A. LaRosa

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA



24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                          DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSIAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSIAL JANITORIAL SERVICES

FILED:_____          _____
                                                    DEPUTY CLERK

ORDER

CONSIDERING the motion to compel filed by Defendants, Oakwood Center, Oakwood

Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield Property

REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC d/b/a Allied Universal

Janitorial Services:

IT IS ORDERED that Plaintiff appear on the _22nd_ day of _September_ 2025

at _09:30 AM_____, and show cause why the motion to compel should not be granted, as

prayed for.

THUS DONE AND SIGNED this 18 day of _August_____ 2025 in Gretna,

Louisiana.

*[signature]*

JUDGE DONALD A. ROWAN, JR.

PLEASE SERVE:
**Kenyetta Barras**
*Through her counsel of Record*
Isabel C. Gibson
909 Poydras Street, Suite 1625
New Orleans, LA 70112

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 29

**Scherll A Shuff**

| | |
|---|---|
| **To:** | KELLY.POTEET@WILSONELSER.COM; jill.ritzmann@wilsonelser.com; sara.larosa@wilsonelser.com; cabrea.parker@wilsonelser.com |
| **Subject:** | EFile Case: 863845-L |

In order to fully process your efile we will need a service check in the amount of 30.00 made payable to the Civil Sheriff of Orleans. Please forward to the attention Scherll

Thanks

**Motion and Order to Compel** Memo in SupportRule 37 Certif318225809.1.pdf e-filed on 8/18/2025 10:52:35 AM.

Scherll A Shuff
*Docket Clerk*
*24th JDC Civil Issuing*
*Jefferson Parish Clerk of Court*
Thomas F. Donelon Courthouse
200 Derbigny St. Ste. 2400
Gretna LA 70053
Phone: (504) 364-2984 or 2969





Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone.

1

EXHIBIT A PG 30

**Scherll A Shuff**

| | |
|---|---|
| From: | PayStar <no-reply@paystar.io> |
| Sent: | Monday, August 18, 2025 11:24 AM |
| To: | Ritzmann, Jill A. |
| Subject: | Payment Receipt - Orleans Parish Sheriff's Office |

> **EXTERNAL EMAIL** This email originated from outside the organization.



Account Number:



# Payment Successful Receipt

Your payment of **$30.00** to Orleans Parish Sheriff's Office - Civil
Division Payments using your Mastercard ending in 5958 was
successfully processed on 08/18/2025.

View Receipt

Account Number: 24th #863845-L
Reference#: R794RJ-5X5LNB

A separate fee of $2.00 was also paid to Paystar for providing this service. If you
have any questions regarding this payment or believe it was made in error,
please contact us.

*Do not forward or share this email with others. The embedded link provides access to
your Payster account.*

You are receiving this message because you completed a payment with Orleans Parish Sheriff's Office
which partners with Paystar to provide payment processing.

© 2025 Integrated Payment Solutions, LLC | 5131 Payne Dr. Baton Rouge, LA 70809

1


EXHIBIT A PG 31

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                        DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED:_____          _____
                                              DEPUTY CLERK

<u>MEMORANDUM IN SUPPORT OF MOTION TO COMPEL</u>

NOW INTO COURT, through undersigned counsel, come Defendants, Oakwood Center,

Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield

Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC d/b/a Allied

Universal Janitorial Services ("Defendants"), who submit this memorandum in support of its

motion to compel Plaintiff's discovery responses.

I.     BACKGROUND

Defendants propounded interrogatories and requests for production on Plaintiff on June 20,

2025,[1] and Plaintiff failed to timely provide responses. Accordingly, Defendants scheduled a Rule

10.1 conference with Plaintiff's counsel for July 29, 2025, at 10:00 a.m.[2] On that date and time,

undersigned called Plaintiff's counsel for the 10.1 conference but was advised Plaintiff's counsel

was unavailable. Undersigned counsel sent an email providing a 2-week extension.[3] To date,

Plaintiff has not provided discovery responses.

II.    LAW AND ARGUMENT

Any party may serve upon any other party written interrogatories to be answered by the

party served. La. C.C.P. art. 1457. Additionally, "[t]he party upon whom the interrogatories have

been served shall serve a copy of the answers, and objections if any, within thirty days after the

service of the interrogatories." La. C.C.P. art. 1458. Additionally, "[a]ny party may serve on any

---

[1] Exhibit A, email from undersigned counsel's office to Plaintiff's counsel with discovery requests.
[2] Exhibit B, email from undersigned counsel's office to Plaintiff's counsel setting Rule 10.1 conference.
[3] Exhibit C, email from undersigned counsel's office to Plaintiff's counsel providing 2-week extension.

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 32

other party a request (1) to produce and permit the party making the request, or someone acting on

his behalf, to inspect, copy, test, and sample any designated documents or electronically stored

information, including writings, drawings, graphs, charts, photographs, phono-records, sound

recordings, images, and other data or data compilations . . which are in the possession, custody, or

control of the party upon whom the request is served . . ." La. C.C.P. art. 1461. "The party upon

whom the request is served shall serve a written response within thirty days after service of the

request . . ." La. C.C.P. art. 1462.

When a party to whom discovery is served failed to respond, "[a] party, upon reasonable

notice to other parties and all persons affected thereby, may apply for an order compelling

discovery." La. C.C.P. art. 1469.

Louisiana Code of Civil Procedure article 1471 authorizes sanctions against a party who

fails to provide discovery after a Motion and Order compelling discovery pursuant to Article 1469.

> A. If a party … fails to obey an order to provide or permit discovery, including an
> order made under…Article 1469, the court in which the action is pending may make
> such orders in regard to the failure as are just, including any of the following:
>
>> (1) An order that the matters regarding which the order was made or
>> any other designated facts shall be taken to be established for the
>> purposes of the action in accordance with the claim of the party
>> obtaining the order.
>>
>> (2) An order refusing to allow the disobedient party to support or
>> oppose designated claims or defenses, or prohibiting him from
>> introducing designated matters in evidence.
>>
>> (3) An order striking out pleadings or parts thereof, or staying
>> further proceedings until the order is obeyed, or dismissing the
>> action or proceeding or any part thereof, or rendering a final default
>> judgment against the disobedient party upon presentation of proof
>> as required by Article 1702.
>>
>> (4) In lieu of any of the foregoing orders or in addition thereto, an
>> order treating as a contempt of court the failure to obey any orders
>> except an order to submit to a physical or mental examination.
>>
>> (5) Where a party has failed to comply with an order under Article
>> 1464, requiring him to produce another for examination, such orders
>> as are listed in Subparagraphs (1), (2), and (3) of this Paragraph,
>> unless the party failing to comply shows that he is unable to produce
>> such person for examination.

<p align="center">***</p>

> C. In lieu of any of the foregoing orders or in addition thereto, the court shall require
> the party failing to obey the order or the attorney advising him or both to pay the

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA



<p align="center" style="color:red">EXHIBIT A PG 33</p>

reasonable expenses, including attorney fees, caused by the failure, unless the court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust. La. C.C.P. 1471.

Plaintiff's discovery responses were due on July 20, 2025. When Plaintiff did not provide responses, Defendants set a Rule 10.1 Conference for July 29, 2025. Undersigned called Plaintiff counsel's for the 10.1 conference. Undersigned counsel was advised Plaintiff's counsel was unavailable. To date, Plaintiff has not provided her discovery responses.

WHEREFORE, Defendants, Oakwood Center, Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC d/b/a Allied Universal Janitorial Services, respectfully requests that this Court order Plaintiff to provide discovery responses within 10 days of the hearing on this motion and that the Court order Plaintiff to pay the costs and reasonable attorney's fees incurred by Defendants in preparation, filing, and litigation of this motion to compel.

Respectfully submitted,

H. Jake Rodriguez (La. Bar No. 27867)
Holly Y. Pailet (La. Bar No. 35240)
Sara A. LaRosa (La. Bar No. 37765)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone: 504.702.1710 / Facsimile: 504.702.1715
Jake.Rodriguez@wilsonelser.com
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August 2025, a copy of the above and foregoing has been served upon all counsel of record by e-mail.

Sara A. LaRosa

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA



EXHIBIT A PG 34

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                           DIV. "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSIAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSAL JANITORIAL SERVICES

FILED:_____          _____
                                        **DEPUTY CLERK**

## RULE 10.1 CERTIFICATE

I, the undersigned party or attorney, certify to the court as follows:

Counsel attempted to conduct a Rule 10.1 Conference on July 29, 2025, but was unable to

reach Plaintiff's counsel.

Respectfully submitted,

H. Jake Rodriguez (La. Bar No. 27867)
Holly Y. Pailet (La. Bar No. 35240)
Sara A. LaRosa (La. Bar No. 37765)
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone: 504.702.1710
Facsimile: 504.702.1715
Jake.Rodriguez@wilsonelser.com
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorneys for Defendants*

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA



**EXHIBIT A PG 35**

**LaRosa, Sara A.**

| | |
|---|---|
| **From:** | Poteet, Kelly |
| **Sent:** | Friday, June 20, 2025 2:55 PM |
| **To:** | jeanne@akdlalaw.com; rico@akdlalaw.com; bart@akdlalaw.com; Kurt A. Offner; isabel@akdlalaw.com; barrett@akdlalaw.com; hogan@akdlalaw.com |
| **Cc:** | Pailet, Holly; LaRosa, Sara A. |
| **Subject:** | Kenyetta Barra v. Oakwood Shopping Center, LLC et al (20155.00254) | 24th JDC Case No. 863845 | SERVICE: Answer, RFN and Discovery |
| **Attachments:** | 2025.06.20 - Answer to Petition for Damages - K. Barras.pdf; 2025.06.20 - Request for Notice - K. Barras.pdf; 2025.06.20 - Request for Admission to K. Barras.pdf; 2025.06.20 - Interrogatories to K. Barras.pdf; 2025.06.20 - Requests for Production of Documents to K. Barras.pdf; Ex. D Social Security Forms(312502700.1).pdf; Ex. E Medicare request form(312502704.1).pdf; Ex. A HIPPA authorization form with fill in form fields(312502692.1).pdf; Ex. C Employment Authorization(312502696.1).pdf; Ex. E cms10106(312502701.1).pdf; Ex. F WC_EmployeeAuthorizationForm_ 20180117(312502708.1).pdf; Ex. B Tax Information release(312502695.1).pdf |

Good afternoon,

The attached Answer and Request for Notice have been e-filed into the court record. Also attached, are discovery requests which we request you respond to within the applicable time delays.

Kelly Poteet
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
504.702.1725 (Direct)
504.702.1710 (Main)
504.702.1715 (Fax)
kelly.poteet@wilsonelser.com

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA

1

Exhibit A



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 36

**LaRosa, Sara A.**

| | |
|---|---|
| **From:** | LaRosa, Sara A. |
| **Sent:** | Tuesday, July 22, 2025 1:56 PM |
| **To:** | Isabel Gibson |
| **Cc:** | Stacy Bradbury; Ritzmann, Jill A.; Pailet, Holly |
| **Subject:** | Rule 10.1 Conference - Kenyetta Barra v. Oakwood Shopping Center, LLC et al (20155.00254) | 24th JDC Case No. 863845 |

Good afternoon Isabel,

We are setting a rule 10.1 conference for next Tuesday, July 29th at 10 AM to discuss your client's outstanding discovery responses.

Sara A. LaRosa
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
504.372.6711 (Direct)
228.697.4018 (Cell)
504.702.1710 (Main)
504.702.1715 (Fax)
sara.larosa@wilsonelser.com

24th E-Filed: 08/18/2025 10:52 Case: 863845 Div:L Atty:037765 SARA A LAROSA

1

Exhibit B



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 37

**LaRosa, Sara A.**

| | |
|---|---|
| **From:** | LaRosa, Sara A. |
| **Sent:** | Tuesday, July 29, 2025 10:04 AM |
| **To:** | Stacy Bradbury; Isabel Gibson |
| **Cc:** | Ritzmann, Jill A.; Pailet, Holly |
| **Subject:** | RE: Rule 10.1 Conference - Kenyetta Barra v. Oakwood Shopping Center, LLC et al (20155.00254) | 24th JDC Case No. 863845 |

Good morning Isabel, I called for the rule 10 and your office advised you were out. Please provide Mr. Barra's responses in 2 weeks. Thanks!

Sara A. LaRosa
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
400 Poydras Street, Suite 2250
New Orleans, LA 70130
504.372.6711 (Direct)
228.697.4018 (Cell)
504.702.1710 (Main)
504.702.1715 (Fax)
sara.larosa@wilsonelser.com

**From:** Stacy Bradbury <stacy@akdlalaw.com>
**Sent:** Tuesday, July 22, 2025 3:35 PM
**To:** LaRosa, Sara A. <Sara.LaRosa@wilsonelser.com>; Isabel Gibson <isabel@akdlalaw.com>
**Cc:** Ritzmann, Jill A. <Jill.Ritzmann@wilsonelser.com>; Pailet, Holly <Holly.Pailet@wilsonelser.com>
**Subject:** RE: Rule 10.1 Conference - Kenyetta Barra v. Oakwood Shopping Center, LLC et al (20155.00254) | 24th JDC Case No. 863845

> **EXTERNAL EMAIL** This email originated from outside the organization.

Received, thank you.

THANK YOU,

STACY BRADBURY-SMITH
**SENIOR PARALEGAL**

# AKD
ALVENDIA | KELLY | DEMAREST
Attorneys at Law

909 POYDRAS STREET, SUITE 1625
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: 504-200-0000
FAX: 504-200-0001
STACY@AKDLALAW.COM

**From:** LaRosa, Sara A. <Sara.LaRosa@wilsonelser.com>
**Sent:** Tuesday, July 22, 2025 3:14 PM

1                                        Exhibit C



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 38

 

[ SERVICE COPY ]  /  [RETURN COPY]

(104)  RULE TO SHOW CAUSE: MOTION TO
COMPEL/MEMORANDUM/RULE 10.1 CERTIFICATE/EXHIBITS A-C;              250819-4108-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KENYETTA BARRAS
versus                                          Case: 863-845    Div: "L"
OAKWOOD SHOPPING CENTER LLC,  ET AL          D 2  OAKWOOD CENTER

To: KENYETTA BARRAS
THROUGH HER COUNSEL OF RECORD
ISABEL C GIBSON
909 POYDRAS ST                               PREPAID# R794RJ-5X5LNB $30.00
STE 1625
NEW ORLEANS LA 70112

PARISH OF JEFFERSON

You are hereby ordered to show cause on the **22nd day of September, 2025 at 09:30 AM** (as
per attached order).

Issued by the Clerk Of Court on the 19th day of August, 2025.

/s/ Wendy R. Gaudet
Wendy R. Gaudet, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(104)  RULE TO SHOW CAUSE: MOTION TO
COMPEL/MEMORANDUM/RULE 10.1 CERTIFICATE/EXHIBITS A-C;              250819-4108-7

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal                    ____ Domicillary _____

Unable to serve:
____ Not at this address      ____ Numerous attempts _____ times
____ Vacant                   ____ Received too late to serve
____ Moved                    ____ No longer works at this address
____ No such address          ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____
Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____



Imaged 08/19/2025 11:31 - Signed: Deputy Clerk of Court /s/ Wendy R. Gaudet

EXHIBIT A PG 39

 [ SERVICE COPY ] ( RETURN COPY ) 

(104)  RULE TO SHOW CAUSE: MOTION TO
COMPEL/MEMORANDUM/RULE 10.1 CERTIFICATE/EXHIBITS A-C;               250819-4108-7

FILED FOR RECORD 08/26/2025 14:56:46
Renee B Ehret DY CLERK
JEFFERSON PARISH LA

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

KENYETTA BARRAS
   versus
OAKWOOD SHOPPING CENTER LLC,  ET AL

Case: 863-845    Div: "L"
D 2  OAKWOOD CENTER

To: KENYETTA BARRAS
THROUGH HER COUNSEL OF RECORD
ISABEL C GIBSON
909 POYDRAS ST
STE 1625
NEW ORLEANS LA 70112

PREPAID# R794RJ-5X5LNB $30.00

PARISH OF JEFFERSON

You are hereby ordered to show cause on the **22nd day of September, 2025 at 09:30 AM** (as
per attached order).

Issued by the Clerk Of Court on the 19th day of August, 2025.

/s/ Wendy R. Gaudet
Wendy R. Gaudet, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(104)  RULE TO SHOW CAUSE: MOTION TO
COMPEL/MEMORANDUM/RULE 10.1 CERTIFICATE/EXHIBITS A-C;               250819-4108-7

Received:_____    Served:_____    Returned:_____

Service

Unable

(26) 863-845 - Service Date 08/21/2025 Time 9:41 AM
KENYETTA BARRAS THRU ISABEL C GIBSON

Personal at 909 POYDRAS ST
Kiesha Pope # , Orleans
Rule; Serial# 2;
AURIELLE LEWIS

Servic

Comp

Parisl                  Signature

26 863-845 / 2 / 9102
26 / MG                                         Badge #



 Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

JON A. GEGENHEIMER

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 40

8|2|

9|4|

Avenue Lewis



09/26/2025 10:57:42 CERTIFIED TRUE - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 41

# STATE OF LOUISIANA
## 24th Judicial District Court for the Parish of Jefferson

No.: _____ 863845 _____                    Division: " L "

### KENYETTA BARRAS

vs.

## OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, ET. AL

### SUBPOENA DUCES TECUM

TO:    United Healthcare: Through Their Agent for Service: CT Corporation System:
3867 Plaza Tower Dr., Baton Rouge, LA 70816

You are hereby commanded in the name of the State of Louisiana and of the 24th Judicial District Court for the Parish of Jefferson, to produce on the __8th__ day of __October__, 20 __25__, at __9:00__ o'clock __A__.M., or any other day to which this case shall be continued, the following, to-wit:

(Check one of the following):

[ ] IN OPEN COURT – Division "____," 24th Judicial District Court, Gretna, Louisiana.

DEPOSITION – To produce in the office of: _____

[✓] (Address):    400 Poydras St., Ste. 2250

New Orleans, LA 70130

See Attached Exhibit "A".

*This document prepared pursuant to the provisions of Article 1354 et. seq. of the Louisiana Code of Civil Procedure as amended by Act No. 824 of the 2008 Regular Legislative Session. Effective January 1, 2009, the following language is required to appear on this form:*

Art. 1354. Subpoena duces tecum
A. A subpoena may order a person to appear and/or and produce at the trial of hearing, or hearing, books, papers, documents, or any other tang ble thing, or electronically stored information, in his possession or under his control, if a reasonable accurate descript on thereof is given. A subpoena may specify the form or forms in which electronically stored information is to be produced. A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or cost on a person subject to that subpoena. In the event that the court on which the action is pending or its discretion may vacate or modify the subpoena if it is unreasonable or oppressive. Except when otherwise required by order of the court, certified copies, extracts, or photographic copies of books, papers, and documents may be produced in obedience to the subpoena duces tecum instead of the originals thereof. If the party or attorney imposing the subpoena does not specify that the parted person shall be ordered to appear, the person may designate another person having knowledge of the contents of the books, papers, documents, or other things, or electronically stored information, to appear as a representative.

B. A person commanded to respond to a subpoena duces tecum may within fifteen days after service of the subpoena or before the time specified for compliance. such time is less than fifteen days after service, send to the party or attorney designated in the subpoena written objections, with supporting reasons, to any or all of the requests, including objection to the production of electronically stored information in the form or forms requested. If objection is so made, the party serving the subpoena may file a motion to compel compliance with the subpoena and may seek the sanctions for the use as reasonably comply.

C. A person responding to a subpoena to produce books, papers, or documents shall produce them as they are kept in the usual course of business or may produce and label them to correspond with the categories in the demand.

D. If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena may produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that is reasonably usable.

E. A person responding to a subpoena need not produce book, papers, documents, or electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel production or to quash, the person from whom production is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that show ng is made, the court may nonetheless order you have form such sources if the requesting party shows good cause. The court may specify conditions, including requiring all ocal or of a source for the production.

F. When the person subpoenaed is an adverse party, the party requesting the subpoena duces tecum may answer that his request with a written request and under oath as to what facts he believes the books, papers, documents, electronically stored information, or tangible things will prove, and if upon trial the party serving the subpoena such a written statement shall be attached to the subpoena. If the party subpoenaed fails to comply with the subpoena, the facts set forth in the written statement shall be taken as confessed, and in addition the party subpoenaed shall be subject to the penalties set forth in Article 1357.

H. Subpoenas duces tecum shall reproduce in full the provisions of this Article.

September 17, 20 25

Issued at the request of:
ATTORNEY: _____ *Holly Pailet* _____
                    Attorney's Signature

ATTORNEY'S NAME: Holly Pailet                    BAR ROLL NO. 35240

ADDRESS: 400 Poydras St., Ste. 2250

CITY/STATE/ZIP CODE: New Orleans, LA 70130

File original and two copies with the Clerk.

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 3 - Jefferson Parish Clerk of Court - ID:25262824

24th E-Filed 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

**EXHIBIT A PG 42**



**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

September 17, 2025

Callie Dufrene
504.702.1217 (direct)
504.702.1715 (fax)
Callie.Dufrene@wilsonelser.com

Jefferson Parish Clerk of Court
24th JDC of Louisiana
200 Derbigny St.
Gretna, LA 70053

Re:     Kenyetta Barras v. Oakwood Shopping Center, LLC
d/b/a Oakwood Center, et. al
24th JDC No. 863845
Our File No.: 20155.00254

Dear Clerk:

In reference to the above captioned matter, please find a Notice of Records Deposition, Subpoena Duces Tecum, Exhibit A, Model Attestation, and Affidavit to be served and file same into the record on the following:

1)  United Healthcare
Through Their Registered Agent for Service:
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

Additionally, please find a Notice of Records Deposition, Subpoena Duces Tecum, and Exhibit B on the following:

2)  AT&T Global Legal Demand Center
11760 U.S. Hwy. 1, Ste. 600
North Palm Beach, FL 33408

Please return to the undersigned a conformed copy of the pleading and file same into the record, which will be served via Louisiana Long Arm.

Thank you for your assistance and cooperation in this matter.

Best regards,

Wilson Elser Moskowitz Edelman & Dicker LLP

*s/ Callie Dufrene*

Callie Dufrene
Paralegal to Holly Pailet

400 Poydras Street, Suite 2250 | New Orleans, LA 70130 | p 504.702.1710 | f 504.702.1715 | wilsonelser.com

Albany, NY  Atlanta, GA  Austin, TX  Baltimore, MD  Beaumont, TX  Birmingham, AL  Boston, MA  Charlotte, NC  Chicago, IL  Dallas, TX  Denver, CO
Detroit, MI  Edwardsville, IL  Garden City, NY  Hartford, CT  Houston, TX  Jackson, MS  Las Vegas, NV  London, England  Los Angeles, CA  Louisville, KY
Madison, NJ  McLean, VA  Merrillville, IN  Miami, FL  Milwaukee, WI  Nashville, TN  New Orleans, LA  New York, NY  Orlando, FL  Philadelphia, PA  Phoenix, AZ
Raleigh, NC  San Diego, CA  San Francisco, CA  Sarasota, FL  Seattle, WA  Stamford, CT  St. Louis, MO  Washington, DC  West Palm Beach, FL  White Plains, NY

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:2 of 3 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 43

## Kristi L. Hughes

| | |
|---|---|
| **From:** | Kristi L. Hughes |
| **Sent:** | Wednesday, September 17, 2025 3:57 PM |
| **To:** | 'KELLY.POTEET@WILSONELSER.COM'; 'jill.ritzmann@wilsonelser.com'; 'sara.larosa@wilsonelser.com'; 'cabrea.parker@wilsonelser.com'; 'phyllis.bell@wilsonelser.com' |
| **Subject:** | EFile Case: 863845 Div L |
| **Importance:** | High |

Dear Sir/Madam,

We received your notice of Deposition and Subpoena's . I will need a check in the amount of $41.52 to East Baton Rouge Parish Sheriff's Office to issue service. Please mail any and all checks to the Jefferson Parish Clerk of Court, P.O. Box 10 Gretna, LA 70054, and please forward the check to the attention Kristi Hughes.

Please include our docket number either on the check or your cover letter

Thank you,

*Received 9/23/25*
*Check 012817 $41.52*

Kristi Hughes
*Deputy Clerk of Court*
*24th JDC Civil Department*
*Jefferson Parish Clerk of Court*
General Government Building
200 Derbigny St. Ste. 5600
Gretna LA 70053
Phone: (504) 364-2898 or 2979
Fax: (504) 364-3780



Please be advised that any information provided to the Jefferson Parish Clerk of Court may be subject to disclosure under the Louisiana Public Records Law. Information contained in any correspondence, regardless of its source, may be a public record subject to public inspection and reproduction in accordance with the Louisiana Public Records Law, La. Rev. Stat. 44:1 et seq.

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this e-mail or by telephone

1



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:3 of 3 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 44

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845                                                   DIVISION "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSIAL JANITORIAL SERVICES

FILED: _____

                                        _____
                                        **DEPUTY CLERK**

NOTICE OF RECORDS DEPOSITION

TO:    United Healthcare                    AT&T Global Legal Demand Center
       Through their Agent for Service:     11760 U.S. Hwy. 1, Ste. 600
       CT Corporation System               North Palm Beach, FL 33408
       3867 Plaza Tower Drive
       Baton Rouge, LA 70816

PLEASE TAKE NOTICE that Wilson Elser Moskowitz Edelman & Dicker LLP will take

the records-only deposition of the above listed entities on October 8, 2025 at 9:00 a.m. in the

offices of Wilson Elser Moskowitz Edelman & Dicker LLP, 400 Poydras Street, Suite 2250, New

Orleans, LA 70130, continuing from day to day until completed. These providers are hereby

requested to designate and make available for deposition at the stated time and place one or more

officers, directors or managing agents, or other persons designated to testify on its behalf

concerning the production of and identification of the documents specified in Exhibit "A" and

Exhibit "B".

**THIS IS A RECORDS ONLY DEPOSTION.  NO APPEARANCE WILL BE**

**NECESSARY.** This records deposition may be satisfied by mailing certified copies of the records

to Holly Pailet, and Callie Dufrene of Wilson Elser Moskowitz Edelman & Dicker LLP, 400

Poydras Street, Suite 2250, New Orleans, LA 70130.  In lieu or producing hard copies, the records

may be produced electronically to NewOrleansRecordsDepartment@wilsonelser.com.

*{signature on next page*

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 45

Respectfully submitted,

*Holly Pailet*

Holly Pailet (La. Bar Roll No. 35240)
Sara LaRosa (La. Bar Roll No. 37765)
H. Jake Rodriguez (La. Bar Roll No. 27867)
**Wilson Elser Moskowitz Edelman
& Dicker, LLP**
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone:  504.702.1710
Facsimile:  504.702.1715
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
jake.rodriguez@wilsonelser.com
*Attorneys for Defendants Oakwood Center,
Oakwood Shopping Center, LLC, Brookfield
Properties Retail Holding, LLC FKA
Brookfield Property REIT In. FKA GGP Inc.,
and Universal Building Maintenance, LLC of
California d/b/a Allied Universal Janitorial
Services*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Records Deposition* has been served on all

counsel of record by electronic mail this 10th day of September, 2025.

Isabel Gibson
909 Poydras St., Ste. 1625
New Orleans, LA 70112
jeanne@akdlalaw.com
rico@akdlalaw.com
bart@akdlalaw.com
kurt@akdlalaw.com
isabel@akdlalaw.com
barrett@akdlalaw.com

*Holly Pailet*

Holly Pailet

319134655v.1

**EXHIBIT A PG 46**

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

## EXHIBIT A – United Healthcare

1. Medical Records: A certified copy of any and all records and documents, including, but not limited to, the complete file; reports; emergency room records; charts; notes, memoranda; test and test results; alcohol tests and test results; drug tests and test results; evaluations; prognoses; diagnoses; statements; medication records; treatment records; forms; doctors' notes; nurses' notes; correspondence; assessments; functional or cognitive testing; consulting notes; records of medications and prescriptions; data; computer printouts; photographs; applications; documents reflecting communications with Kenyetta Wilson Barras, her agents, her attorneys, or anyone acting on her behalf; or any other items contained in your file, or in your possession, or under your control, relative to the care, treatment, and confinement, at any time of Kenyetta Wilson Barras, Date of Birth: 6/29/1973; SSN: XXX-XX-8560; Insured Member No.: 107170284; *from June 29, 1973 to the present.*

2. Imaging: A certified copy of all diagnostic imaging (disk preferred) and related reports contained in your files on Kenyetta Wilson Barras *from June 29, 1973 to the present.*

3. Itemized Statement: A certified copy of the itemized billing statement reflecting charges, adjustments, write-offs, and payments for treatment rendered, at any time, to Kenyetta Wilson Barras *from June 29, 1973 to the present.*

4. A list of any and all providers, including name of facility and healthcare provider and address of same, by whom on whose behalf you have been presented with claims for payment for treatment rendered, at any time, to Kenyetta Wilson Barras *from June 29, 1973 to the present.*

<div style="writing-mode: vertical-rl;">24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA</div>



# EXHIBIT A PG 47

## A F F I D A V I T

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned personally came and appeared:

Callie Dufrene

who, being duly sworn, testified to the following of which she has personal knowledge.

1. Holly Pailet, is counsel for Defendants, Oakwood Center, Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC of California d/b/a Allied Universal Janitorial Services;

2. That Oakwood Center, Oakwood Shopping Center, LLC, Brookfield Properties Retail Holding, LLC FKA Brookfield Property REIT In. FKA GGP Inc., and Universal Building Maintenance, LLC of California d/b/a Allied Universal Janitorial Services is a party to this litigation;

3. That the records of United Healthcare on Kenyetta Barras are sought from the aforementioned providers for the purposes of discovery;

4. That this Notice of Records Deposition and Subpoena Duces Tecum was served by electronic mail upon the plaintiff at least seven (7) days prior to issuance of the subpoena; and

5. That the return date allows for at least seven (7) days to elapse from the time this subpoena is served until the records need to be produced.



_Callie Dufrene_

Callie Dufrene

SWORN TO AND SUBSCRIBED

before me, Notary Public, this ( 7 ᵗʰ

day of _SEPTEMBER_, 2025

Notary Public

```
ANDREW DECOSTE
Notary Public
State of Louisiana
Orleans Parish
Notary ID # 132233
My Commission is for Life
```

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div/L Atty:037765 SARA A LAROSA



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

**EXHIBIT A PG 48**

Model Attestation Regarding a Requested Use or Disclosure of Protected Health Information
Potentially Related to Reproductive Health Care

*The entire form must be completed for the attestation to be valid.*

Name of person(s) or specific identification of the class of persons to receive the requested PHI.

*e.g., name of investigator and/or agency making the request*  Callie Dufrene - Wilson Elser Law Firm

Name or other specific identification of the person or class of persons from whom you are requesting the use or disclosure.

*e.g., name of covered entity or business associate that maintains the PHI and/or name of their workforce member who handles requests for PHI*        United Healthcare

Description of specific PHI requested, including name(s) of individual(s), if practicable, or a description of the class of individuals, whose protected health information you are requesting.

*e.g., visit summary for [name of individual] on [date]; list of individuals who obtained [name of prescription medication] between [date range]*         Any and all records contained in your files pertaining to Kenyetta Barras.

I attest that the use or disclosure of PHI that I am requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii) because of one of the following (check one box):

☒ The purpose of the use or disclosure of protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes.

☐ The purpose of the use or disclosure of protected health information is to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care, or to identify any person for such purposes, but the reproductive health care at issue was **not lawful** under the circumstances in which it was provided.

I understand that I may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

*Signature of the person requesting the PHI*

_____          Date    9/17/2025

*If you have signed as a representative of the person requesting PHI, provide a description of your authority to act for that person.*

_____

*This attestation document may be provided in electronic format, and electronically signed by the person requesting protected health information when the electronic signature is valid under applicable Federal and state law.*



24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 49

# STATE OF LOUISIANA
## 24th Judicial District Court for the Parish of Jefferson

No.: _____ 863845 _____　　　　　　　　　Division: " L "

### KENYETTA BARRAS

vs.

## OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, ET. AL

### SUBPOENA DUCES TECUM

TO:　AT&T Global Legal Demand Center

11760 U.S. Hwy. 1, Ste. 600, North Palm Beach, FL 33408

You are hereby commanded in the name of the State of Louisiana and of the 24th Judicial District Court for the Parish of Jefferson, to produce on the __8th__ day of __October__, 20 __25__, at __9:00__ o'clock __A__ .M., or any other day to which this case shall be continued, the following, to-wit:

**(Check one of the following):**

[ ] IN OPEN COURT – Division "_____," 24th Judicial District Court, Gretna, Louisiana.

DEPOSITION – To produce in the office of: _____

[✓] (Address):　400 Poydras St., Ste. 2250

New Orleans, LA 70130

See Attached Exhibit "B".

This document prepared pursuant to the provisions of Article 1354 et. seq. of the Louisiana Code of Civil Procedure as amended by Act No. 824 of the 2008 Regular Legislative Session. Effective January 1, 2009, the following language is required to appear on this form:

Art. 1354. Subpoena duces tecum

A. A subpoena may order a person to appear and/or produce at the trial, deposition, or hearing, books, papers, documents, or any other tangible things, or electronically stored information, in his possession or under his control, of a reasonable designated thereof in genre. A subpoena may specify the form or form in which electronically stored information is to be produced. A party or an attorney requesting the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or cost on a person subject to that subpoena, but the court on which the action is pending or in the district on may require the subpoena of ... a reasonable able appearance. Except when otherwise required be reason of a responsible or protective or prosecute a copies of works, report, and documents may be produced in obedience to the subpoena duces tecum demand of the original thereof. If a party or attorney requiring the subpoena does not specify that no re-part person will be present to present to inspect the person may designate another person having a knowledge of the contents of the books, papers, documents, or other things, or electronically stored information, to appear in his representation.

B. A person commanded to respond to a subpoena shall be in a way with a fifteen days after service of the subpoena or before the time specified for compliance, if a different less than fifteen days after service, send to the party or attorney designated in the subpoena written objection, with supporting reason, to any or all of the records, including objection to the production of electronically stored information in the form or forms requested. If objection is so made, the party serving the subpoena may file a motion to compel compliance with the subpoena and may move for sanctions for failure to reasonably comply.

C. A person required to give a subpoena to produce books, paper, or documents shall produce them as they are kept in the usual course of business or may organize and label them to correspond with the categories in the demand.

D. If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena may produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

E. A person responding to a subpoena need not produce the same electronically stored information in more than one form.

F. A person responding to a subpoena need not produce books, papers, document, or electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel production or to quash, the person from whom production is sought shall show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order production from such sources if the requesting party shows good cause. The court may specify conditions, including allocation of the costs, for the production.

G. When any person is deposited in an adverse party, the party requiring the subpoena duces tecum may accompany his request with a written request under oath as to what thing he believes the books, papers, documents, electronically stored information, or tangible things will prove, and a copy of such statement must shall be attached to the subpoena. If the party subpoenaed fails to comply with the subpoena, the facts set forth in the written statement shall be taken as confessed, and in addition the party subpoenaed shall be subject to the penalties set forth in Art. 1357.

H. Subpoenas duces tecum shall reproduce in full the provisions of this Article.

September 17, 20 25

Issued at the request of:

ATTORNEY: _Holly Pailet_

_Attorney's Signature_

ATTORNEY'S NAME: Holly Pailet　　　　　　　BAR ROLL NO. 35240

ADDRESS: 400 Poydras St., Ste. 2250

CITY/STATE/ZIP CODE: New Orleans, LA 70130

File original and two copies with the Clerk.

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

**EXHIBIT A PG 50**

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 863845

DIVISION "L"

KENYETTA BARRAS

VERSUS

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT, LLC., BROOKFIELD PROPERTIES (R),
LLC., AND UNIVERSAL BUILDING MAINTENANCE, LLC OF CALIFORNIA D/B/A
ALLIED UNIVERSIAL JANITORIAL SERVICES

FILED: _____

_____
DEPUTY CLERK

NOTICE OF RECORDS DEPOSITION

TO:   United Healthcare
      Through their Agent for Service:        AT&T Global Legal Demand Center
      CT Corporation System                   11760 U.S. Hwy. 1, Ste. 600
      3867 Plaza Tower Drive                   North Palm Beach, FL 33408
      Baton Rouge, LA 70816

PLEASE TAKE NOTICE that Wilson Elser Moskowitz Edelman & Dicker LLP will take the records-only deposition of the above listed entities on October 8, 2025 at 9:00 a.m. in the offices of Wilson Elser Moskowitz Edelman & Dicker LLP, 400 Poydras Street, Suite 2250, New Orleans, LA 70130, continuing from day to day until completed. These providers are hereby requested to designate and make available for deposition at the stated time and place one or more officers, directors or managing agents, or other persons designated to testify on its behalf concerning the production of and identification of the documents specified in Exhibit "A" and Exhibit "B".

THIS IS A RECORDS ONLY DEPOSTION.  NO APPEARANCE WILL BE NECESSARY. This records deposition may be satisfied by mailing certified copies of the records to Holly Pailet, and Callie Dufrene of Wilson Elser Moskowitz Edelman & Dicker LLP, 400 Poydras Street, Suite 2250, New Orleans, LA 70130. In lieu or producing hard copies, the records may be produced electronically to NewOrleansRecordsDepartment@wilsonelser.com.

{signature on next page


319134655v.1

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 51

Respectfully submitted,

_Holly Pailet_

Holly Pailet (La. Bar Roll No. 35240)
Sara LaRosa (La. Bar Roll No. 37765)
H. Jake Rodriguez (La. Bar Roll No. 27867)
**Wilson Elser Moskowitz Edelman
& Dicker, LLP**
400 Poydras Street, Suite 2250
New Orleans, LA 70130
Telephone: 504.702.1710
Facsimile: 504.702.1715
Holly.Pailet@wilsonelser.com
Sara.LaRosa@wilsonelser.com
jake.rodriguez@wilsonelser.com
*Attorneys for Defendants Oakwood Center,
Oakwood Shopping Center, LLC, Brookfield
Properties Retail Holding, LLC FKA
Brookfield Property REIT In. FKA GGP Inc.,
and Universal Building Maintenance, LLC of
California d/b/a Allied Universal Janitorial
Services*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Notice of Records Deposition* has been served on all counsel of record by electronic mail this 10th day of September, 2025.

Isabel Gibson
909 Poydras St., Ste. 1625
New Orleans, LA 70112
jeanne@akdlalaw.com
rico@akdlalaw.com
bart@akdlalaw.com
kurt@akdlalaw.com
isabel@akdlalaw.com
barrett@akdlalaw.com

_Holly Pailet_

Holly Pailet

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 52

Exhibit B- AT&T

Any and all records and data created or that are in your possession concerning Kenyetta Wilson Barras, Address: 7741 West Laverne St., New Orleans, LA 70126; DOB: 6/29/1973, or any other person or party including, but not limited to, all records, whether printed, written or electronic, including but not limited to, invoices, statements, bills for charges of any kind, listing of incoming or outgoing calls, the time the call was initiated, the length of the call, incoming and outgoing texts, data usage and all other listings or inventories of the use of services, regarding cellular phone number 504-473-5686 on November 16, 2024.

291857026v.1

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 53

250918-849-5 DQ 204

# STATE OF LOUISIANA

## 24th Judicial District Court for the Parish of Jefferson

No.: 863845 Division: "L"

KENYETTA BARRAS

vs.

OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, ET. AL

## SUBPOENA DUCES TECUM

TO: AT&T Global Legal Demand Center
11760 U.S. Hwy. 1, Ste. 600, North Palm Beach, FL 33408

You are hereby commanded in the name of the State of Louisiana and of the 24th Judicial District Court for the Parish of Jefferson, to produce on the 8th day of October, 20 25, at 9:00 o'clock A.M., or any other day to which this case shall be continued, the following, to-wit:

**(Check one of the following):**

☐ IN OPEN COURT – Division "____" 24th Judicial District Court, Gretna, Louisiana.

☑ DEPOSITION – To produce in the office of:
(Address): 400 Poydras St., Ste. 2250
New Orleans, LA 70130

See Attached Exhibit "B".

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

***This document prepared pursuant to the provisions of Article 1354 et. seq. of the Louisiana Code of Civil Procedure as amended by Act No. 824 of the 2008 Regular Legislative Session. Effective January 1, 2009, the following language is required to appear on this form:***

Art. 1354. Subpoena duces tecum

A. [illegible]

B. [illegible]

C. [illegible]

D. [illegible]

E. A person responding to a subpoena need not produce the same electronically stored information in more than one form.

F. [illegible]

G. [illegible]

H. Subpoenas duces tecum shall reproduce in full the provisions of this Article.

September 17, 20 25

Issued at the request of:

ATTORNEY: [signature: Holly Pailet]
*Attorney's Signature*

ATTORNEY'S NAME: Holly Pailet BAR ROLL NO. 35240

ADDRESS: 400 Poydras St., Ste. 2250

CITY/STATE/ZIP CODE: New Orleans, LA 70130

**File original and two copies with the Clerk.**

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 2 - Jefferson Parish Clerk of Court - ID:25262824

Exhibit B- AT&T

Any and all records and data created or that are in your possession concerning Kenyetta Wilson Barras, Address: 7741 West Laverne St., New Orleans, LA 70126; DOB: 6/29/1973, or any other person or party including, but not limited to, all records, whether printed, written or electronic, including but not limited to, invoices, statements, bills for charges of any kind, listing of incoming or outgoing calls, the time the call was initiated, the length of the call, incoming and outgoing texts, data usage and all other listings or inventories of the use of services, regarding cellular phone number 504-473-5686 on November 16, 2024.

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

291857026v.1



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:2 of 2 - Jefferson Parish Clerk of Court - ID:25262824

EXHIBIT A PG 55

# 24th Judicial District Court
## Parish of Jefferson - State of Louisiana

KENYETTA BARRAS
 Versus
OAKWOOD SHOPPING CENTER LLC,
OAKWOOD CENTER, OAKWOOD
CORPORATE CENTER MANAGEMENT LLC,
BROOKFIELD PROPERTIES R LLC,
UNIVERSAL BUILDING MAINTENANCE LLC OF
CALIFORNIA, ALLIED UNIVERSAL JANITORIAL
SERVICES
Judge: Donald A. Rowan, Jr.

| | |
|---|---|
| Case Number: | 863-845 |
| Division: | L |
| Date: | 09/22/2025 |
| Court Reporter: | Barbara McGee |

Motions taken up:

By D 2  Against P 1  Motion to Compel  NO APPEARANCES CONTINUED WITHOUT DATE.

/s/ Cherie S Lee, Deputy Clerk

Imaged 09/22/2025 11:51 - Signed: Deputy Clerk of Court /s/ Cherie S Lee

09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:25262021 Motion Hearing

250923-9103-3                        D2/204

# STATE OF LOUISIANA
## 24th Judicial District Court for the Parish of Jefferson

No.: _____ 863845 _____                    Division: " L "

### KENYETTA BARRAS

vs.

## OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, ET. AL

### SUBPOENA DUCES TECUM

TO:   United Healthcare: Through Their Agent for Service: CT Corporation System:

3867 Plaza Tower Dr., Baton Rouge, LA 70816

EBR CK# 012817-$41.53

You are hereby commanded in the name of the State of Louisiana and of the 24th Judicial District Court for the Parish of Jefferson, to produce on the __8th__ day of ____October____, 20 25 , at __9:00__ o'clock __A__.M., or any other day to which this case shall be continued, the following, to-wit:

(Check one of the following):

[ ]   IN OPEN COURT – Division "_____," 24th Judicial District Court, Gretna, Louisiana.

DEPOSITION – To produce in the office of: _____

[✓]   (Address):   400 Poydras St., Ste. 2250

New Orleans, LA 70130

See Attached Exhibit "A".

This document prepared pursuant to the provisions of Article 1354 et. seq. of the Louisiana Code of Civil Procedure as amended by Act No. 624 of the 2008 Regular Legislative Session. Effective January 1, 2009, the following language is required to appear on this form:

Art. 1354. Subpoena duces tecum
A. A subpoena may order a person to appear and/or and produce at the trial, deposition, or hearing, books, papers, documents, or any other tangible things, or electronically stored information, in his possession or under his control, if a reasonably accurate description thereof is given. A subpoena may order the form or forms in which electronically stored information is to be produced. A party or an attorney requesting the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or cost on a person subject to that subpoena, but the court in which the action is pending in its discretion may vacate or modify the subpoena if it is unreasonable or oppressive. Except when otherwise required by order of the court, certified copies, extracts, or photostatic copies of books, papers, and documents may be produced in obedience to the subpoena duces tecum instead of the originals thereof. If the party or attorney requesting the subpoena does not specify that the original should be produced, the person may designate and/or produce certified copies, papers, documents, or other things, or other tangibly stored information, to appear as his representative. B. A person designated in the subpoena, written objections, and supporting reasons, to any or all of the requests, including objections to the production of electronically stored information in the form or forms requested. If subjection is so made, the party serving the subpoena may file a motion to compel compliance with the subpoena and may cover the sanctions for failure to reasonably comply. C. A person responding to a subpoena to produce books, papers, or documents shall produce them as they are kept in the usual course of business or may organize and label them to correspond with the categories in the demand. D. If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena may produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable. E. A person responding to a subpoena need not produce the same electronically stored information in more than one form. F. A person responding to a subpoena need not produce books, papers, documents, or electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel production or to quash, the person from whom production is sought shall show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order production or discovery from such sources if the requesting party shows good cause. The court may specify conditions, including an allocation of the costs, for the production. G. When the person subpoenaed is an adverse party, the party requesting the subpoena duces tecum shall request with a written request and under oath as to what facts he believes the books, papers, documents, or electronically stored information, or tangible things will prove, and a copy of such statement must shall be attached to the subpoena. If the party subpoenaed fails to comply with the subpoena, the facts set forth in the written statement shall be taken as confessed, and in addition the party subpoenaed shall be subject to the penalties set forth in Article 1357. H. Responses duces tecum issues shall reproduce in full the provisions of this Article.

_____    September 17 , 20 25

Issued at the request of:
ATTORNEY: _Holly Pailet_
                Attorney's Signature

ATTORNEY'S NAME: Holly Pailet                    BAR ROLL NO. 35240

ADDRESS: 400 Poydras St., Ste. 2250

                                S/ LISA CHERAMIE
CITY/STATE/ZIP CODE: New Orleans, LA 70130              Deputy Clerk

SEAL OF THE CLERK
JON A. GEGENHEIMER

File original and two copies with the Clerk.

SEP 23 2025

**EXHIBIT A PG 57**

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

## Model Attestation Regarding a Requested Use or Disclosure of Protected Health Information Potentially Related to Reproductive Health Care

*The entire form must be completed for the attestation to be valid.*

Name of person(s) or specific identification of the class of persons to receive the requested PHI.

*e.g., name of investigator and/or agency making the request* Callie Dufrene - Wilson Elser Law Firm

Name or other specific identification of the person or class of persons from whom you are requesting the use or disclosure.

*e.g., name of covered entity or business associate that maintains the PHI and/or name of their workforce member who handles requests for PHI*
United Healthcare

Description of specific PHI requested, including name(s) of individual(s), if practicable, or a description of the class of individuals, whose protected health information you are requesting.

*e.g., visit summary for [name of individual] on [date]; list of individuals who obtained [name of prescription medication] between [date range]*
Any and all records contained in your files pertaining to Kenyetta Barras.

I attest that the use or disclosure of PHI that I am requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii) because of one of the following (check one box):

☒ The purpose of the use or disclosure of protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes.

☐ The purpose of the use or disclosure of protected health information **is** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care, or to identify any person for such purposes, but the reproductive health care at issue was **not lawful** under the circumstances in which it was provided.

I understand that I may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

*Signature of the person requesting the PHI*

Callie Dufrene                    Date   9/17/2025

*If you have signed as a representative of the person requesting PHI, provide a description of your authority to act for that person.*

*This attestation document may be provided in electronic format, and electronically signed by the person requesting protected health information when the electronic signature is valid under applicable Federal and state law.*



09/26/2025 10:57:42 CERTIFIED TRUE COPY - Pg:2 of 3 - Jefferson Parish Clerk of Court - ID:25262824

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA

EXHIBIT A PG 58

## EXHIBIT A – United Healthcare

1. Medical Records: A certified copy of any and all records and documents, including, but not limited to, the complete file; reports; emergency room records; charts; notes; memoranda; test and test results; alcohol tests and test results; drug tests and test results; evaluations; prognoses; diagnoses; statements; medication records; treatment records; forms; doctors' notes; nurses' notes; correspondence; assessments; functional or cognitive testing; consulting notes; records of medications and prescriptions; data; computer printouts; photographs; applications; documents reflecting communications with Kenyetta Wilson Barras, her agents, her attorneys, or anyone acting on her behalf; or any other items contained in your file, or in your possession, or under your control, relative to the care, treatment, and confinement, at any time of Kenyetta Wilson Barras, Date of Birth: 6/29/1973; SSN: XXX-XX-8560; Insured Member No.: 107170284; *from June 29, 1973 to the present.*

2. Imaging: A certified copy of all diagnostic imaging (disk preferred) and related reports contained in your files on Kenyetta Wilson Barras *from June 29, 1973 to the present.*

3. Itemized Statement: A certified copy of the itemized billing statement reflecting charges, adjustments, write-offs, and payments for treatment rendered, at any time, to Kenyetta Wilson Barras *from June 29, 1973 to the present.*

4. A list of any and all providers, including name of facility and healthcare provider and address of same, by whom on whose behalf you have been presented with claims for payment for treatment rendered, at any time, to Kenyetta Wilson Barras *from June 29, 1973 to the present.*

24th E-Filed: 09/17/2025 15:47 Case: 863845 Div:L Atty:037765 SARA A LAROSA



301350801v.1