**PLAINTIFF'S RESPONSES TO REQUEST FOR ADMISSION**

**REQUEST NO. 1:**

Please admit that your claim exceeds $75,000.

**RESPONSE TO REQUEST NO. 1:**

Admit.

        Respectfully Submitted:
        *Alvendia, Kelly & Demarest, LLC*

        */s/Isabel Gibson*
        **RODERICK "RICO" ALVENDIA, 25554**
        **J. BART KELLY III, 24488**
        **JEANNE K. DEMAREST, 23032**
        **KURT A. OFFNER, 28176**
        **ISABEL C. GIBSON, 40607**
        **BARRETT STEPHENS, 31331**
        **P. HOGAN CROSBY 40324**
        909 Poydras Street, Suite 1625
        New Orleans, Louisiana 70112
        Telephone: (504) 200-0000
        Facsimile: (504) 200-0001
        Email: Email: jeanne@akdlalaw.com
        rico@akdlalaw.com
        bart@akdlalaw.com
        kurt@akdlalaw.com
        isabel@akdlalaw.com
        barrett@akdlalaw.com

        *ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail and/or via electronic mail this 28th day of August 2025.

        */s/Isabel Gibson*
        ISABEL GIBSON

# EXHIBIT B