# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENYETTA BARRAS** | **CASE NO.** |
| **VS.** | **JUDGE** |
| **OAKWOOD SHOPPING CENTER, LLC D/B/A OAKWOOD CENTER, OAKWOOD CORPORATE CENTER MANAGEMENT, LLC, BROOKFIELD PROPERTIES (R), LLC., AND UNIVERSIAL BUILDING MAINTENANCE, LLC, OF CALIFORNIA D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES** | **MAG. JUDGE** |

## LIST OF INTERESTED PARTIES

**Plaintiff:** Kenyetta Barras

Represented by:
Jeanne K. Demarest (La. Bar No. 23032)
Isabel C. Gibson (La. Bar No. 40607)
909 Poydras Street, Suite 1625
New Orleans, Louisiana 70112
Telephone: (504) 200-0000
Facsimile:  (504) 200-0001
jeanne@akdlaw.com
isabel@akdlaw.com

**Defendants:** Oakwood Shopping Center, LLC
Brookfield Properties Retail Holding, LLC
Universal Building Maintenance, LLC

Represented by:
H. Jake Rodriguez (La. Bar No. 27867)
Sara A. LaRosa (La. Bar No. 37765)
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Phone: (504) 702-1710
Fax:     (504) 702-1715
Jake.Rodriguez@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorney for Defendants*

**SIGNATURE BLOCK ON THE NEXT PAGE**

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*s/H. Jake Rodriguez*

_____
H. Jake Rodriguez (La. Bar No. 27867)
Sara A. LaRosa (La. Bar No. 37765)
400 Poydras Street, Suite 2250
New Orleans, Louisiana 70130
Phone: (504) 702-1710
Fax:     (504) 702-1715
Jake.Rodriguez@wilsonelser.com
Sara.LaRosa@wilsonelser.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all parties via the court's CM/ECF system on this September 26, 2025.

*s/ H. Jake Rodriguez*
H. Jake Rodriguez